# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**NICHOLAS C. VANHOEK**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Unsupervised Probation)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:07MJ00221-001**<br><br>FRANCINE ZEPEDA<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   Admitted violating the terms and conditions of unsupervised probation.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

1)   Failure to appear for review hearings
2)   Failure to pay fine
3)   Failure to complete DUI school
4)   Failure to complete community service

The court **REVOKES** unsupervised probation heretofore ordered on 3/4/2008.

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

2/10/2010
Date of Imposition of Sentence

/s/ SANDRA M. SNYDER
Signature of Judicial Officer

**SANDRA M. SNYDER**, United States Magistrate Judge
Name & Title of Judicial Officer

2/16/2010
Date

CASE NUMBER:      1:07MJ00221-001                                                        Judgment - Page 2 of 2
DEFENDANT:        NICHOLAS C. VANHOEK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  30 days with credit for 7 days time served .

[ ]      The court makes the following recommendations to the Bureau of Prisons:

[✔]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
         [ ] at ___ on ___.
         [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
         [ ] before _ on ___.
         [ ] as notified by the United States Marshal.
         [ ] as notified by the Probation or Pretrial Services Officer.
         If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

         Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                        _____
                                                        UNITED STATES MARSHAL

                                                        By _____
                                                              Deputy U.S. Marshal